**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Design Trend International Interiors, Ltd., an Arizona corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>S. W. Huang and Terry Chan Huang, husband and wife,<br><br>    Defendants. | No. CV-06-1987-PHX-LOA<br><br>**ORDER** |

The Court has received and considered Defendants' timely-filed Response to Order to Show Cause. (docket # 23)

Jurisdiction in this federal case is predicated upon complete diversity of citizenship and an amount in controversy in excess of $75,000 pursuant to Title 28 U.S.C. § 1332(a)(1). (*Id*. at 4; Notice of Removal, docket # 1, ¶ 1) By separate Declarations under penalty of perjury and their Response, Defendants have established that each Defendant is a citizen and domiciliary of the State of California. Therefore, Defendants have met their burden of establishing jurisdiction in this court of limited jurisdiction. *McNutt v. General Motors Acceptance Corp.*, 298 U.S. 178, 182-183 (1936); *Gaus v. Miles, Inc.*, 980 F.2d 564, 566 (9th Cir.1992) (per curiam) ("[T]he defendant bears the burden of actually proving the facts to support jurisdiction, including the jurisdictional amount.").

///

1   **IT IS ORDERED** that the April 18, 2007 Order to Show Cause is hereby
2   **DISCHARGED**.

3   DATED this 9th day of May, 2007.

*[signature]*
Lawrence O. Anderson
United States Magistrate Judge