**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Design Trend International Interiors, LTD., an Arizona corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>S. W. Huang and Terry Chan Huang, husband and wife, )<br>)<br>Defendants. ) | CV-06-1987-PHX-LOA<br><br>**ORDER** |

Upon review of Plaintiff's Motion for Protective Order with request for expedited telephonic oral argument (docket #29) and Plaintiff's Motion to Dismiss without prejudice (docket #28),

**IT IS ORDERED denying** the request for expedited telephonic oral argument.

**IT IS FURTHER ORDERED staying** the deposition of Andrew Linsalata scheduled for Monday, July 16, 2007 at 9:00 a.m.

**IT IS FURTHER ORDERED** that Defendants shall file a written Response to Plaintiff's motions on or before **Tuesday, August 14, 2007**. Plaintiff's Reply, if any, shall be filed no later than **Tuesday, September 4, 2007**.

///

///

///

Whether oral argument will be granted will be determined by the court's review of all briefings on these motions.

DATED this 12th day of July, 2007.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge